**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| AAT BIOQUEST, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TEXAS FLUORESCENCE LABORATORIES, INC., a Texas corporation,<br><br>　　　　　Defendant. | CASE NO.  4:14-cv-3909 (DMR)<br><br>[~~PROPOSED~~] **ORDER REGARDING PRETRIAL SCHEDULE** |

PURSUANT TO THE STIPULATION, it is hereby ORDERED that the following case schedule:

| Case Event | Due Dates |
|---|---|
| Last Day to Serve Invalidity Contentions and Accompanying Document Production Pursuant to Patent Local Rules 3-3 and 3-4 | December 12, 2014 |
| Last Day for Defendant to File Motion for Summary Judgment | December 19, 2014 |
| Last Day for Plaintiff to File Opposition and Cross-Motion (if appropriate) for Summary Judgment | January 6, 2015 |
| Last Day for Defendant to File Reply to Motion for Summary Judgment (if no Cross-Motion is Filed) | January ~~13~~ 14, 2015 |
| Last Day for Defendant to File Reply and Opposition to Cross-Motion for Summary Judgment (if Cross-Motion is Filed) | January 20, 2015 |
| Complete Good Faith Primary Document Production Pursuant to Written Requests Served On or Prior to December 30, 2014 | January 30, 2015 |
| Last Day for Plaintiff to File Reply to Cross-Motion for Summary Judgment (if Cross-Motion is Filed) | January 27, 205 |
| Last Day to Amend Pleadings | January 27, 2015 |
| Close of Document Discovery | February 6, 2015 |
| Hearing on MSJ and, if filed, Cross-Motion for Summary Judgment | February 12, 2015 at 11:00 a.m. ~~[Subject to Court's Calendar]~~ |
| Close of Fact Discovery | February 27, 2015 |

DICKSTEIN
SHAPIRO LLP

| Case Event | Due Dates |
|---|---|
| Last Day to Serve Expert Report(s) on Issues Which Party Bears Burden of Proof | February 27, 2015 |
| Last Day to Serve Rebuttal Expert Report(s) | March 13, 2015 |
| Close of Expert Discovery | March 27, 2015 |
| Final Pretrial Conference; Motions in Limine | May 6, 2015 at ~~2:30 PM~~ at 3:00 p.m. ~~[Subject to the Court's Calenda~~r] |
| Bench Trial (estimate 2-3 days) | May 26, 2015 at 8:30 AM |

A tutorial is scheduled for January 13, 2015 at 2:30 p.m. The court will notify the parties and cancel the tutorial if it does not believe the tutorial is necessary.

DATED: December 11, 2014

IT IS SO ORDERED,

By:_____
Hon. Donna M. Ryu
UNITED STATES DISTRICT COURT
MAGISTRATE JUDGE



IT IS SO ORDERED AS MODIFIED
Judge Donna M. Ryu