# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| AAT BIOQUEST, INC., a Delaware corporation,<br><br>           Plaintiff,<br><br>     v.<br><br>TEXAS FLUORESCENCE LABORATORIES, INC., a Texas corporation,<br><br>           Defendant. | CASE NO. 4:14-cv-3909 (DMR)<br><br>[~~PROPOSED~~] ADMINISTRATIVE ORDER TO ENLARGE TIME AND EXCEED PAGE LIMIT |

HAVING CONSIDERED AAT BIOQUEST'S UNOPPOSED MOTION, it is hereby ORDERED that the following changes be made to the Pretrial Schedule:

| Case Event | Due Dates |
|---|---|
| Last Day for ~~Plaintiff~~ to File Opposition and Cross-Motion for Summary Judgment | January 12, 2015 |
| Last Day for Defendant to File Reply and Opposition to Cross-Motion for Summary Judgment | January 26, 2015 |

1

[~~PROPOSED~~] ORDER REGARDING SUMMARY JUDGMENT BRIEFING AND SCHEDULE - CASE NO. 4:14-cv-3909 (DMR)

| Case Event | Due Dates |
|---|---|
| Last Day for Plaintiff to File Reply to Cross-Motion for Summary Judgment | February 2, 2015 |
| Hearing on MSJ and Cross-Motion for Summary Judgment | March 3, 2015 at 11:00 a.m. |

In addition, Plaintiff AAT Bioquest, Inc. will be allowed to exceed the page limit restriction in Civil L.R. 7-2 in its opposition to Defendant Texas Fluorescence Laboratories, Inc.'s Motion for Summary Judgment of Patent Invalidity (D.N. 27). AAT Bioquest will be allowed up to 10 pages beyond the 25 pages already permitted.

```
The tutorial previously scheduled for January 13, 2015 will be
held on January 29, 2015 at 11:00 a.m., in the U.S. District
Court, 1301 Clay Street, Oakland, California 94612.
```

DATED: December 30, 2014

IT IS SO ORDERED

By:_____
Hon. Donna M. Ryu
UNITED STATES DISTRICT COURT
MAGISTRATE JUDGE



2
**[PROPOSED] ORDER REGARDING SUMMARY JUDGMENT BRIEFING AND SCHEDULE - CASE NO. 4:14-cv-3909 (DMR)**