1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| AAT BIOQUEST, INC., a Delaware corporation,<br><br>              Plaintiff,<br><br>     v.<br><br>TEXAS FLUORESENCE LABORATORIES, INC., a Texas corporation,<br><br>              Defendant. | Case No. 4:14-cv-3909-(DMR)<br><br>**[PROPOSED] ORDER REGARDING JOINT DISCOVERY STIPULATION**<br><br>Judge:     Hon. Donna M. Ryu |

PURSUANT TO THE PARTIES' JOINT STIPULATION REGARDING DISCOVERY, filed on February 26, 2015, it is hereby ORDERED that:

1. By March 4, 2015, Texas Fluorescence Laboratories, Inc., ("TEFLABS") shall designate its 30(b)(6) witness for each topic set forth in AAT Bioquest, Inc.'s ("AAT Bioquest") First and Second Notice of 30(b)(6) Deposition of TEFLABS.

2. By March 11, 2015, TEFLABS shall complete its production of documents responsive to AAT Bioquest's Requests for Production, including, but not limited to, the hundreds of documents TEFLABS has already agreed to produce and a letter informing AAT Bioquest where TEFLABS conducted its search for responsive documents. TEFLABS shall produce all documents in accordance with the agreement the parties entered into regarding the production of Electronically Stored Information.

3. On March 23, 24, and 25, AAT Bioquest shall depose TEFLABS witnesses Rick Yeager and Akwasi Minta, and any other 30(b)(6) witnesses TEFLABS designates (if any).

4. AAT Bioquest reserves the right to move the Court for an order compelling further discovery from TEFLABS and to conduct third party discovery, if necessary.

**IT IS SO ORDERED.**

Dated: February 26, 2015           By: _____

Hon. Donna M. Ryu

UNITED STATES DISTRICT COURT MAGISTRATE JUDGE

[PROPOSED] ORDER RE: DISCOVERY STIPULATION      - 1 -       Case No. 4:14-cv-3909-DMR