# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| AAT BIOQUEST, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>TEXAS FLUORESENCE LABORATORIES, INC.,<br><br>Defendant. | Case No. 4:14-cv-3909-(DMR)<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING PRETRIAL DEADLINES**<br><br>Judge: Hon. Donna M. Ryu |

The parties Joint Stipulation Regarding Pretrial Deadlines (Docket No. 44) came on regularly before the undersigned. Having reviewed the parties' Joint Stipulation, the Court hereby ORDERS that the deadline for the parties' pretrial filings previously scheduled for April 16, 2015 shall be modified to April 23, 2015. The proposed modification to the deadline for pretrial filings will not alter any other date in the Case Management and Pretrial Order for Court Trial (D.N. 28).

1 | **IT IS SO ORDERED**.
2 | Dated: April 2, 2015

_____
**HON. DONNA M. RYU**