Deborah E. Fishman (SBN 197584)
Krista M. Carter (SBN 225229)
KAYE SCHOLER LLP
Two Palo Alto Square, Suite 400
Palo Alto, CA 94306
Telephone:  (650) 319-4500
Facsimile:  (650) 319-4700
Email:  deborah.fishman@kayescholer.com
Email:  krista.carter@kayescholer.com

Attorneys for Plaintiff
AAT BIOQUEST, INC.

Rick B. Yeager (Texas SBN 22146500)
10805 Mellow Lane
Austin, TX 78759
Telephone:  (512) 779-9525
Email:  rveager@teflabs.com

Attorney for Defendant
TEXAS FLUORESCENCE
LABORATORIES, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| AAT BIOQUEST, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TEXAS FLUORESENCE LABORATORIES, INC.,<br><br>　　　　Defendant. | Case No. 4:14-cv-3909-(DMR)<br><br>**UNCONTESTED REQUEST AND [PROPOSED] ORDER AUTHORIZING TELEPHONIC MEETING OR LOCAL COUNSEL REPRESENTATION AT MAY 6, 2015 CASE MANAGEMENT CONFERENCE**  (AS MODIFIED)<br><br>Judge:　　Hon. Donna M. Ryu |

　　　　Defendant Texas Fluorescence Laboratories, Inc. ("TEFLabs" or "Defendant") respectfully requests that TEFLABS lead counsel Rick Yeager be permitted to attend the May 6, 2015 (1:30 pm) Case Management Conference by telephone, OR that local counsel be permitted to attend the conference.

Plaintiff's counsel does not oppose this request. There does not appear to be any remaining disagreement about deadlines, and the schedule appears to be complete subject to the Court's calendar for Pre-Trial Conference and a one-day mini-trial.

"I, Rick Yeager, represent to the Court that it would be a personal hardship to leave Austin next week due to unresolved immediate post-trial issues in another personal legal matter pending in Austin, and the likelihood that further proceedings will be required on short notice. I am the sole attorney in Austin and lead counsel in the present case, without backup attorney(s)."

Dated: April 28, 2015

Respectfully submitted,

By: _____ /s/ Rick B. Yeager_____
Rick B. Yeager (Texas SBN 21146500)

Attorney for Defendant
TEXAS FLUORESENCE LABORATORIES, INC.

Plaintiff's counsel does not oppose the foregoing request.

Dated: April 28, 2015

KAYE SCHOLER LLP

By: _____ /s/ Krista Carter_____

Krista M. Carter (SBN 225229)
Attorney for Plaintiff
AAT BIOQUEST, INC.

**ORDER** (AS MODIFIED)

IT IS HEREBY ORDERED that:

a. Defendant TEFLABS lead counsel Rick Yeager is permitted to attend the May 6, 2015 (1:30 pm) Case Management Conference by telephone;

OR

b. Local counsel is permitted to represent TEFLabs Defendant at the May 6, 2015 (1:30 pm) Case Management Conference.

Defendant's counsel must follow the protocol set forth in the attached Notice re Telephonic Appearance Procedures for Magistrate Judge Donna M. Ryu.

Dated:  April 29, 2015

_____
HON. DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

