UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AAT BIOQUEST, INC.,<br><br>   Plaintiff,<br><br>   v.<br><br>TEXAS FLUORESCENCE LABORATORIES, INC.,<br><br>   Defendant. | Case No.  14-cv-03909-DMR<br><br>**SECOND AMENDED CASE MANAGEMENT AND PRETRIAL ORDER** |

Due to scheduling conflicts, the pretrial conference previously scheduled for September 9, 2015 shall be held on **September 4, 2015 at 3:00 p.m**. The bench trial previously scheduled for September 16, 2015 shall be held on **September 9, 2015 at 8:30 a.m.  Closing arguments shall be presented on the same day**. The parties shall submit proposed findings of fact and conclusions of law by **September 16, 2015.** All other pretrial deadlines and dates set forth in Docket No. 55 shall remain as scheduled.

If the above schedule does not work for either party, that party shall contact the opposing party, and the parties shall submit a joint statement of both parties' availabilities for a pretrial conference and a bench trial in the time period between August 31 and September 11, 2015.

**IT IS SO ORDERED.**

Dated: July 27, 2015

_____

Donna M. Ryu
United States Magistrate Judge