UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AAT BIOQUEST, INC.,<br><br>          Plaintiff,<br><br>    v.<br><br>TEXAS FLUORESCENCE LABORATORIES, INC.,<br><br>          Defendant. | Case No.  14-cv-03909-DMR<br><br>**ORDER FOR ADDITIONAL BRIEFING** |

By **September 8, 2015 at 12:00 p.m.,** each party shall file a brief of no more than 4 pages regarding the types of evidence relevant to the court's determination of enhanced damages under 35 U.S.C. § 284.  The brief must specifically address the use of evidence of conduct during settlement or mediation negotiations and proceedings that might otherwise be confidential or protected by privilege.

**IT IS SO ORDERED.**

Dated: September 4, 2015

_____
Donna M. Ryu
United States Magistrate Judge