UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AAT BIOQUEST, INC.,<br>    Plaintiff,<br>v.<br>TEXAS FLUORESCENCE LABORATORIES, INC.,<br>    Defendant. | Case No. 14-cv-03909-DMR<br><br>**CIVIL JUDGMENT** |

The court hereby enters judgment in favor of AAT Bioquest, Inc. and against Texas Fluorescence Laboratories, Inc. AAT Bioquest, Inc. is awarded enhanced damages in the form of three times the amount of AAT Bioquest, Inc.'s lost profits, in the amount of $423,078.69, plus $5,000 in interest and costs, for a total of **$428,078.69**.

The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: January 5, 2016

_____
Donna M. Ryu
United States Magistrate Judge